1014

[Nos. 2263–2; 2264–2.  Division Two.  July 20, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. RODNEY
LEE CORN, *Appellant.*

Appeals from judgments of the Superior Court for Kitsap
County, Nos. C–1870, C–2279, Terence Hanley, J., entered
December 29, 1975. *Affirmed* by unpublished opinion per
Reed, J., concurred in by Petrie, C.J., and Pearson, J.

[No. 2234–2.  Division Two.  July 20, 1977.]

*In the Matter of the Marriage of* JUDITH ANN EMERY,
*Appellant, and* LAWRENCE C. EMERY,
*Respondent.*

Appeal from a judgment of the Superior Court for
Thurston County, No. 51116, Philip H. Faris, J., entered
December 31, 1975. *Affirmed in part* and *remanded* by
unpublished opinion per Petrie, C.J., concurred in by
Pearson and Reed, JJ.

[No. 1916–2.  Division Two.  July 20, 1977.]

MAYER BUILT HOMES, INC., *Respondent,* v. DAVID M.
BISSELL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 226496, Donald H. Thompson, J., entered May
16, 1975. *Affirmed* by unpublished opinion per Petrie, C.J.,
concurred in by Pearson and Reed, JJ.